**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| AMBER SMITH, | Case No. 2:13-cv-00441 -APG-CWH |
| Plaintiff, | **O R D E R** |
| v. | |
| RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC, | |
| Defendant. | |

On August 21, 2013, the Court entered its Order [Dkt. #9] dismissing this case without prejudice.  Subsequently, Plaintiff filed her Motion [Dkt. #10] to set aside that Order so Plaintiff could file a Notice of Dismissal with Prejudice.  Plaintiff's Motion is based on her counsel's failure to timely file such a Dismissal with Prejudice, as noted in the Court's August 21, 2013 Order.  For the reasons set forth in Plaintiff's Motion,

**IT IS HEREBY ORDERED** that the Court's prior Order dated August 21, 2013 is hereby amended such that dismissal of this action is with prejudice against re-filing.

Dated: September 30, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE