1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

\* \* \*

8

AMBER SMITH,

Case No. 2:13-cv-00441 -APG-CWH

9

Plaintiff,

**O R D E R**

10

v.

11

RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC,

12

Defendant.

13

14      On August 21, 2013, the Court entered its Order [Dkt. #9] dismissing this case

15  without prejudice.  Subsequently, Plaintiff filed her Motion [Dkt. #10] to set aside that

16  Order so Plaintiff could file a Notice of Dismissal with Prejudice.  Plaintiff's Motion is

17  based on her counsel's failure to timely file such a Dismissal with Prejudice, as noted in

18  the Court's August 21, 2013 Order.  For the reasons set forth in Plaintiff's Motion,

19      **IT IS HEREBY ORDERED** that the Court's prior Order dated August 21, 2013 is

20  hereby amended such that dismissal of this action is with prejudice against re-filing.

21      Dated: September 30, 2013.

22

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28